Judge Lasnik

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) NO. CR05-0034L |
| v. | ) AGREED ORDER CONTINUING TRIAL ) DATE AND DEADLINE FOR SUBMISSION |
| TOBY MATTHEW LAROCQUE and MANEET SINGH, | ) OF MOTIONS |
| Defendants. | ) |

The Court, having considered the defendant's motion to continue the Trial Date to December 5, 2005 and the motion to continue the Deadline for the Submission of Motions Date to October 1, 2005 and Responses filed not later than October 15, 2005, and understanding that the Assistant U.S. Attorney has no objection to this Motion, makes the following findings, in accordance with 18 U.S.C. 3161 (h)(8)(A) and (B):

1. That the ends of justice served by granting such continuance and that the reasons for the continuance set forth in the defendant's motion outweigh the best interest of the public and the defendant in having a speedy trial;

AGREED ORDER
CONTINUING TRIAL DATE AND
DEADLINE FOR SUBMISSION OF MOTIONS - 1

2. That failure to grant such a continuance would likely result in a miscarriage of justice; and

3. That failure to grant such a continuance would deny the defendant the reasonable time to further investigate the issues in this case.

IT IS HEREBY ORDERED that in accordance with title 18 U.S. Code § 3161(h) the period of time from the date of this order to the new trial date is excluded in the computation of time under the speedy trial act and

IT IS FURTHER ORDERED THAT the Motions Date will be extended until October 1, 2005, Responses shall be filed not later than October 15, 2005 and the Trial Date will be scheduled for December 5, 2005.

DONE IN OPEN COURT this 8th day of July, 2005.

*[signature]*
Robert S. Lasnik
United States District Judge

Presented by:

Zulauf & Chambliss


By _____
     Jon R. Zulauf
     Counsel for Defendant

Approved:

UNITED STATES OF AMERICA


_____
William Redkey
Assistant United States Attorney

**AGREED ORDER
CONTINUING TRIAL DATE AND
DEADLINE FOR SUBMISSION OF MOTIONS - 3**